TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
tkent@lemberglaw.com

Of Counsel to
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Jessica Jonas

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Jonas, | Case No.: 2:12-cv-01286-GMS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ACSI - Revenue Management Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 23rd day of August, 2012.


LEMBERG & ASSOCIATES, LLC

 /s/ Trinette G. Kent
TRINETTE G. KENT

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On August 23, 2012, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on August 23, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.
Tel.: (203) 653-2250
Fax: (203) 653-3424
Email: tkent@lemberglaw.com

**Attorney for Defendants ACSI - Revenue Management Corporation**
Allicia B. Tomolo, Esq.
3080 South Durango Drive, Suite 207
Las Vegas, Nevada 89117
(702) 946-8440

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3

1   Executed on August 23, 2012.

2

3                                                           */s/ Allison Ercolano*
                                                            Allison Ercolano
4                                                           Paralegal to Trinette G. Kent

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

2:12-cv-01286-GMS                                                        NOTICE OF SETTLEMENT